FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

00 MAR 20 PM 12:08

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Kennedy Funding, Inc.

    Plaintiff,

v.

Case No.: 6:97-cv-993-Orl-3ABF(19)

Upland Development, Inc.,
Jeffrey C. Unnerstall and
Christopher J. Unnerstall,

    Defendants.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, UPLAND DEVELOPMENT, INC., JEFFERY C. UNNERSTALL and CHRISTOPHER J. UNNERSTALL, respectfully requests that the Court grant its request for substitution of counsel in connection with the above matter. The Defendants have been represented by Peter F. Carr, Jr., Esquire, who was previously with the law firm of Swann, Hadley & Alvarez, P.A., 1031 West Morse Boulevard, Suite 270, Winter Park, Florida 32789. The Defendants wish to continue to have Peter F. Carr, Jr., Esquire represent them in connection with this matter. Therefore, Defendants respectfully request that the law firm of Swann, Hadley & Alvarez, P.A. be permitted to withdraw as counsel, thereby relieving Swann, Hadley & Alvarez, P.A. of all further responsibility in the representation of Defendants in the above-referenced matter.

GRIFFITH J. WINTHROP, III., ESQ.
Florida Bar No.: 105597
Swann, Hadley & Alvarez, P.A.
1031 West Morse Boulevard, Suite 270
Winter Park, FL 32789
(407)647-2777

1

_____
PETER F. CARR, JR., ESQUIRE
Florida Bar No.: 0046078
Killgore, Pearlman, Stamp, Ornstein & Squires
940 Highland Avenue
Orlando, FL 32803
(407)425-1020
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 16th day of March, 2000 to: Peter R. Bray, Esq., 100 Misty Lane, Lanidex Executive Center, Parsippany, NJ 07054-2710.

_____
Peter F. Carr, Jr.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Kennedy Funding, Inc.  Case No.: 6:97-cv-993-Orl- 3ABF(19)
3ABF(19)

Plaintiff,

v.

Upland Development, Inc.,
Jeffrey C. Unnerstall and
Christopher J. Unnerstall,

Defendants.
_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED that the law firm of Swann, Hadley & Alvarez, P.A., shall be relieved of all further responsibility in the representation of UPLAND DEVELOPMENT, INC., JEFFREY C. UNNERSTALL and CHRISTOPHER J. UNNERSTALL, in the above-referenced cause. Defendants shall continue to be represented by Peter F. Carr, Jr., Esq., who is now a member of Killgore, Pearlman, Stamp, Ornstein & Squires, 940 Highland Avenue, Orlando, FL 32803.

DONE AND ORDERED in Chambers in Orlando, Orlange County, Florida, this ____ day of March, 2000.

_____
~~CIRCUIT~~ JUDGE

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was furnished by U.S. Mail this _____ day of March, 2000 to Peter F. Carr, Jr., Esquire, Killgore, Pearlman, Stamp, Ornstein & Squires, 940 Highland Avenue, Orlando, Florida 32803; and Peter R. Bray, Esq., 100 Misty Lane, Lanidex Executive Center, Parsippany, NJ 07054-2710.

_____
JUDICIAL ASSISTANT/ATTORNEY